# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 4:11-CR-239** |
| | : | |
| v. | : | **(Judge Conner)** |
| | : | |
| **FRANKLIN D. LOWE** | : | |

## FINAL ORDER OF FORFEITURE

Upon the proceedings had heretofore and the Motion (Doc. 54) of the United States of America, the Court finds:

A Preliminary Order of Forfeiture was entered by this Court on May 16, 2013, ordering the defendant to forfeit the following:

a) One Romarm GP WASR-10/63, 7.62 x 39mm Rifle, serial number AC254480;

b) One Leinad, Inc., Cobray M11, 9mm pistol, serial number 94-0001830;

c) Machine Gun, MNFunk Type, serial number DAS102; seized from Franklin Lowe on October 8, 2009;

d) DC Industries FA91 machine gun, serial number 002953, seized from Franklin Lowe on October 8, 2009;

e) Two assorted machine guns seized from Franklin Lowe on October 8, 2009;

f) Federal Laboratories Billy Gun, serial number 459; seized from Franklin Lowe on October 8, 2009; and

g) Two assorted silencers seized from Franklin Lowe on October 8, 2009.

All personal service was completed and notice of said forfeiture action and arrest was published for a period of thirty (30) consecutive days on the government's internet forfeiture website. All persons claiming an interest in the above-described property were required to file their claims with the Clerk of Court not later than 30 days after the date of final publication of notice.

No petitions were filed within the thirty day period required by Rule G(5) of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims. Therefore, any third-party interests are barred by failure of those parties to file a timely petition.

NOW, THEREFORE, upon motion of the United States of America for Final Order of Forfeiture, it is hereby ORDERED that:

1) All right, title and interest in the above-described property is hereby condemned, forfeited and vested in the United States of America, and shall be disposed of according to law;

2) The United States is entitled to its costs herein;

3) The United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order; and

4) The Clerk is hereby directed to send attested copies of this Order to all counsel of record.

Dated this 17th day of July, 2013.

    S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge